# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 3, 2023

**By the Court:**

| | |
|---|---|
| CALEB BARNETT, et al.,<br>    Plaintiffs-Appellees,<br><br>No. 23-1825    v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>    Defendants-Appellants. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 3:23-cv-00209-SPM<br>]<br>] Stephen P. McGlynn,<br>]    Judge. |

_____

| | |
|---|---|
| DANE HARREL, et al.,<br>    Plaintiffs-Appellees,<br><br>No. 23-1826    v.<br><br>KWAME RAOUL and BRENDAN F. KELLY,<br>    Defendants-Appellants. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 3:23-cv-00141-SPM<br>]<br>] Stephen P. McGlynn,<br>]    Judge. |

_____

| | |
|---|---|
| JEREMY W. LANGLEY, et al.,<br>    Plaintiffs-Appellees,<br><br>No. 23-1827    v.<br><br>BRENDAN KELLY,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 3:23-cv-00192-SPM<br>]<br>] Stephen P. McGlynn,<br>]    Judge. |

_____

-over-

| | |
|---|---|
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, et al.,     Plaintiffs-Appellees, <br><br> No. 23-1828     v. <br><br> JAY ROBERT PRITZKER, et al.,     Defendants-Appellants. | ] Appeal from the United <br> ] States District Court for <br> ] the Southern District of <br> ] Illinois. <br> ] <br> ] No. 3:23-cv-00215-SPM <br> ] <br> ] Stephen P. McGlynn, <br> ]    Judge. |

**O R D E R**

On consideration of Defendants-Appellants' Unopposed Motion to Consolidate Appeal Nos. 23-1825, 23-1826, 23-1827, & 23-1828 filed on May 1, 2023,

IT IS ORDERED that the motion is GRANTED, and these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1. The appellants shall file their joint consolidated brief and required short appendix on or before June 12, 2023.

2. The appellees shall file their joint consolidated brief on or before July 12, 2023.

3. The appellants shall file their joint consolidated reply brief, if any, on or before August 2, 2023.

**Important Scheduling Notice!**

**Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case.** *See* **Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances.** *See* **Cir. R. 34(b)(4), (e).**